IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| **MICHAEL HARDY,** | ) |
| Plaintiff, | ) Case No: CV-07-1762 |
| vs. | ) |
| **J. WALTER WOOD, Jr., et., al.** | ) |
| Defendants. | ) |

### NOTICE TO PARTY

To:   Gwendolyn Kennedy, Attorney for Plaintiff

Please take notice that Defendants J. Walter Wood, Jr., Alabama Department of Youth Services and all un-named defendants on January 7, 2008, filed in the United States District Court for the Middle District of Alabama, Northern Division a Notice of Removal of this cause from the Circuit Court of Montgomery County, Alabama, a copy of which is attached to this Notice, thus effecting removal of this cause to the District Court in accordance with 28 USC Section 1446(c).

Done this 7th day of January, 2008.

T. Dudley Perry, Jr.
Bar Number: 3985-R67T
General Counsel
Alabama Dept of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th of January 2008, I have mailed a true and correct copy of the foregoing document by United States mail, postage prepaid, to the individuals at the addresses shown below:

Gwendolyn T. Kennedy, Esq.
P.O. Box 230306
Montgomery, AL 36123-0306

T. Dudley Perry, Jr.
General Counsel
Alabama Department of Youth Services