IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL HARDY )
)
)
Plaintiff, )
)
v. )  CASE NO. 2:08-CV-15-MHT
)
J. WALTER WOOD, JR. et. al. )
)
)
Defendants. )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW J. Walter Wood, Jr., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____

_____              _____


1/24/2008                            /S/ T. Dudley Perry, Jr.
─────────────                        ──────────────────────────
Date                                 (Signature)

                                     T. DUDLEY PERRY, JR.
                                     ──────────────────────────
                                     (Counsel's Name)

                                     J.W. Wood in official Capacity
                                     ──────────────────────────
                                     Counsel for (print names of all parties)
                                     Alabama Department of Youth Services
                                     P.O. Box 66, Mt. Meigs, AL 36057
                                     ──────────────────────────
                                     Address City, State Zip Code
                                     334-215-____
                                     ──────────────────────────
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, T. Dudley Perry, Jr., counsel for J. Walter Wood, Jr., do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 24th day of January 20 08, to:

Gwendolyn T. Kennedy, Esq.

P. O. Box 230306

Montgomery, AL 36123-0306

_____

_____

_____

| | |
|---|---|
| 1/24/2008 | s/ T. Dudley Perry, Jr. |
| Date | Signature |