IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL HARDY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:08cv15-MHT |
| | ) |
| **J. WALTER WOOD, JR.,** | ) |
| individually and in his official | ) |
| capacity as Executive Director | ) |
| the Alabama Department | ) |
| of Youth Services, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**COME NOW**, Sancha E. Teele, files this appearance on behalf of the Defendant, in the above-styled matter.

DONE this the 28th day of January, 2008.

                Respectfully submitted,

                s/Sancha E. Teele
                Sancha E. Teele
                Assistant Attorney General
                Bar Number: 0103-H71T
                Attorney for the Defendant
                Alabama Department of Youth Services
                Post Office Box 66
                Mt. Meigs, AL 36057
                Telephone: 334-215-3803
                Fax: (334) 215-3872
                E-Mail: sancha.teele@dys.alabama.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on **January 28, 2008** that I electronically filed the foregoing Notice of Appearance, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gwendolyn T. Kennedy, Esq.
P. O. Box 230306
Montgomery, AL 36123-0306

                                            s/Sancha E. Teele
                                            Assistant Attorney General
                                            Alabama Department of Youth Services