IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

MICHAEL HARDY_____,  )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )  CASE NO. 08-CV15 MHT
                                       )
J. WALTER WOOD                         )
_____         )
                                       )
    Defendants,                        )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  MICHAEL HARDY_____ , a _____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[✗] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                        Relationship to Party

NO REPORTABLE ENTITIES                   _____

_____                   _____

_____                   _____


1/3/08                                   (Signature) Gwendolyn T. Kennedy
Date

                                         GWENDOLYN T. KENNEDY
                                         (Counsel's Name)

                                         MICHAEL HARDY
                                         Counsel for (print names of all parties)
                                         3000 EAGLE POINT CORP, SUITE 300
                                         BIIRMNGHAM, ALABAMA 35424,
                                         Address, City, State Zip Code
                                         205-408-14444
                                         Telephone Number

## CERTIFICATE OF SERVICE

I, Gwendolyn T. Kennedy, do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 31 day of January 20 08, to:

T. Dudley Perry

Attorney for Defendant

P. O. Box 66

Montgomery, Alabama 36057


1/31/2008
Date

Signature