IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL HARDY )
Plaintiff )
)
V )  CIVIL ACTION NO. 2:08-CV-15-MHT
)
J. WALTER WOOD, JR. et al, )
Defendants )

## MOTION FOR ADDITIONAL TIME

**COMES NOW** Gwendolyn Thomas Kennedy, attorney, for and on behalf of the Plaintiff in this cause, and moves this Honorable Court to Grant additional time in which to comply with the Rule 26F requirements specified herein. As grounds therefor, the movant would show as follows:

1. That this Honorable Court issued an Order which set specific timelines for submissions as required by Law, to wit, January 25, 2008;

2. That during the time that this matter was Removed to Federal Court, the undersigned was moving her main offices to Birmingham, Alabama, and as a result was late in receipt of said Order;

3. That said Counsel is in the process of working with Opposing Counsel to discuss required submissions;

4. That Counsel does not anticipate that more than five (5) days will be needed to complete this discussion and submission;

WHEREFORE, the movant, Gwendolyn Thomas Kennedy, respectfully and humbly prays that this Honorable Court will allow until Wednesday, February 6, 2008, for said filing to be made.

Respectfully submitted,

*/s/ Gwendolyn Thomas Kennedy*
GWENDOLYN THOMAS KENNEDY
Attorney for the Plaintiff
3000 Eagle Point Corporate Drive, Suite 3000A
Birmingham, Alabama  35242
(205) 408-1444
(205) 408-1404
gwendolyntkennedy@yahoo.com

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing **MOTION FOR ADDITIONAL TIME** was served upon all parties by regular mail, on this the ___1st___ day of February 2008.

*/s/ Gwendolyn Thomas Kennedy*