IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| MICHAEL HARDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv15-MHT |
| | ) | |
| J. WALTER WOOD, JR., | ) | |
| individually and in his | ) | |
| official capacity as | ) | |
| Executive Director of | ) | |
| the Alabama Department | ) | |
| of Youth Services, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion for additional time (Doc. No. 10) is

granted.

(2) The parties are allowed until February 6, 2008,

to file their Rule 26(f) report.

DONE, this the 5th day of February, 2008.


      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE