IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL HARDY, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>J. WALTER WOOD, JR., )<br>individually and in his )<br>official capacity as )<br>Executive Director of )<br>the Alabama Department )<br>of Youth Services, )<br>  )<br>    Defendant. ) | CIVIL ACTION NO.<br>  2:08cv15-MHT |

ORDER

It is ORDERED that defendant's motion to stay discovery pending resolution of qualified immunity (Doc. No. 17) is denied with leave to renew. The qualified-immunity issue, while asserted in defendant's answer along with other defenses, is not before the court for immediate resolution or determination. In other words, defendant does not explain how the issue of qualified

immunity is to be resolved pending any stay of discovery since the qualified-immunity issue has not been put to the court for resolution at this particular time.

DONE, this the 17th day of March, 2008.


                                            /s/ Myron H. Thompson  
                                      **UNITED STATES DISTRICT JUDGE**