IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL HARDY, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:08cv15-MHT |
| ) | |
| J. WALTER WOOD, JR., ) | |
| individually and in his ) | |
| official capacity as ) | |
| Executive Director of ) | |
| the Alabama Department ) | |
| of Youth Services, ) | |
| ) | |
|     Defendant. ) | |

ORDER

It is ORDERED that the motion to extend deadline (Doc. No. 20) is denied for the following reasons.

This court has made clear that, "A request or motion for extension of a deadline in any court order ... must indicate that movant has, in a timely manner, previously contacted counsel for all other parties; and ..., based on that contact, must state whether counsel for all other parties agree to or oppose the extension request or motion," and that, "A request or motion that fails to

meet this requirement will be denied outright, unless the movant offers a credible explanation in the request or motion why this requirement has not been met." Scheduling Order (Doc. No. 15), § 15(B).  Movant here has failed to comply with these requirements.

DONE, this the 8th day of July, 2008.


　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**