IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL HARDY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:08cv15-MHT |
| | ) | |
| J. WALTER WOOD, JR., | ) | |
| individually and in his | ) | |
| official capacity as | ) | |
| Executive Director of | ) | |
| the Alabama Department | ) | |
| of Youth Services, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the second motion to extend deadline (Doc. No. 22) is granted.

DONE, this the 14th day of July, 2008.

                                       /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE