**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL HARDY** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 2:08-cv-MHT** |
| | ) | |
| **J. WALTER WOOD, JR** | ) | |
| **individually and in his official capacity** | ) | |
| **as Executive Director of the** | ) | |
| **Alabama Department of Youth Services** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S WITNESS LIST FOR TRIAL

1.      Witnesses who are expected to be presented.

      a..      Michael Hardy - Plaintiff
              29000 Marti Lane
              Montgomery, AL 36116
              286-3650

      b.       Tera A. McMillian
              Alabama Department of Youth Services
              P. O. Box 66
              Mt. Meigs, AL 36057
              334 -286-3823

      c.       Debra Spann
              Alabama Department of Youth Services
              P. O. Box 66
              Mt. Meigs, AL 36057
              334-215-3813

      d.       *Birdie Lee Montgomery
              312 Adler Drive
              Montgomery, AL 36116
              334-286-3823

    e.      Veronica Harris
              Alabama Department of Youth Services
              P. O. Box 66
              Mt. Meigs, AL 36057
              334-215-6091

    f..      Alan Staton
              Alabama Department of Youth Services
              P. O. Box 66
              Mt. Meigs, AL 36057
              334-215-3806

2.    Witnesses who may be called if need arises.

    a.      Tim Davis
              Alabama Department of Youth Services
              P. O. Box 66
              Mt. Meigs, AL 36057
              334-215-3807

    b.      Marcia Calendar
              Alabama Department of Youth Services
              P. O. Box 66
              Mt. Meigs, AL 36057
              334-215-3804

    c.      *Phyllis Rankins
              24 Arlington Road
              Montgomery, AL 36105
              334-262-1885

\* Indicates that the individual is not an employee of the Alabama Department of Youth Services.

3.    Any and all witnesses on the Plaintiff's and Defendant Hardy's witness list.

Respectfully submitted this 15th day of July  2008,

                                          **s/ T. Dudley Perry Jr.**
                                          T. Dudley Perry, Jr.
                                          Bar Number: 3985-R67T
                                          General Counsel

Attorney for the Defendant
J. Walter Wood, Jr.
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

**s/Sancha E. Teele**
 Sancha E. Teele
Deputy General Counsel
Bar Number: 0103-H71T
Attorney for the Defendant
J. Walter Wood, Jr.
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: 334-215-3803
Fax: (334) 215-3872
E-Mail: sancha.teele@dys.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2008, I electronically filed the foregoing,

**DEFENDANT'S WITNESS LIST FOR TRIAL** with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to the following:


Gwendolyn T. Kennedy
Attorney at Law
3000 Eagle Point Corporate Dr., Suite 300A
Birmingham, AL 35242
(205) 437-0160

**s/ T. Dudley Perry Jr.**
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
General Counsel
Attorney for the Defendants