IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL HARDY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv15-MHT |
| | ) | |
| **J. WALTER WOOD, JR.,** | ) | |
| individually and in his | ) | |
| official capacity as | ) | |
| Executive Director of | ) | |
| the Alabama Department | ) | |
| of Youth Services, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 26) is set for submission, without oral argument, on September 19, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 20th day of August, 2008.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**