IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL HARDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv15-MHT |
| | ) | (WO) |
| J. WALTER WOOD, JR., | ) | |
| individually and in his | ) | |
| official capacity as | ) | |
| Executive Director of | ) | |
| the Alabama Department | ) | |
| of Youth Services, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion to strike plaintiff's witness and exhibit list (doc. no. 48) is denied as moot.

DONE, this the 30th day of October, 2008.

                             /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE