IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL HARDY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv15-MHT |
| | ) | (WO) |
| **J. WALTER WOOD, JR.,** | ) | |
| **individually and in his** | ) | |
| **official capacity as** | ) | |
| **Executive Director of** | ) | |
| **the Alabama Department** | ) | |
| **of Youth Services,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that the motion to strike plaintiff's affidavit (doc. no. 39) is denied.

DONE, this the 30th day of October, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE