IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| **MICHAEL HARDY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv15-MHT |
| | ) | (WO) |
| **J. WALTER WOOD, JR.,** | ) | |
| individually and in his | ) | |
| official capacity as | ) | |
| Executive Director of | ) | |
| the Alabama Department | ) | |
| of Youth Services, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant J. Walter Wood, Jr.'s motion for summary judgment (doc. no. 26) is granted.

(2) Judgment is entered in favor of defendant J. Walter Wood, Jr. and against plaintiff Michael Hardy, with plaintiff Hardy taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Hardy, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of October, 2008.

                                      /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE